United States Court of Appeals
 for the district of columbia circuit

No. 01-3086 September Term, 2001
 Filed On: May 31, 2002 [680813] 
United States of America,
 Appellee
 
 v.

Blen A. Gary,
 Appellant

Before: Edwards and Randolph, Circuit Judges, and Williams, Senior Circuit Judge

 O R D E R
 
 It is ORDERED, that the Opinion filed May 24, 2002, be amended, as follows: 

 Page 4, first full paragraph, lines 12-14, delete the entire
 sentence beginning "Gary served seven months . . . ." and
 insert in lieu thereof "Gary served three months in prison and
 six months in a halfway house, and then was released from
 parole on April 4, 1999." 

 Page 5, second full paragraph, lines 8-11, delete the entire
 sentence beginning "However, the District Court . . . ." and
 insert in lieu thereof "The District Court departed downward
 significantly and sentenced Gary to only one month of
 imprisonment and five years of supervised release, of which 10
 months were to be spent in a halfway house."
 
 Per Curiam
FOR THE COURT:

Mark J. Langer, Clerk